*The final accounting in the Estate of* DANIEL N. DUGAN.

INCOMPLETE accounts of an administrator will be sent to an auditor.
Taxes paid on real estate, due at intestate's death, allowed.
Sale of lease sustained, the amount received being reasonable.

THE SURROGATE. In this proceeding the administratrix in her account, gave no dates of the receipts or payments of money, nor the names of persons to whom amounts were paid. I accordingly sent the account to an auditor.

The bills paid were produced before the auditor as vouchers, and the omissions of date and name were supplied. Evidence of the dates of receipts was also given. The *onus* was then on the objectors, to impeach the charges made by the administratrix against the estate.

1. The taxes paid by her on real estate appear to have been charges against the estate. Those levied on the lease-hold property surely were, as the decedent was bound by his lease to pay them. Those paid on the realty held by decedent in fee, accrued prior to his death, and the administratrix was bound to pay them.

2. As to the sale made by the administratrix of the lease of the Allen street property. It was appraised at $500. The administratrix sold it for $700. A witness is produced who swears that he offered for it $1,000. His cross-examination shows that his offer was not made *bona fide*. He did not need the place for his own business, for he had just bought and moved into another place. He admits that he did not have the money he offered, and does not know that he could have become a purchaser if his offer had been accepted. This being all the evidence as to value, I conclude that the sale for $700 was a judicious one.

3. No interest is chargeable against the administratrix, for the reason that the funds of the estate have been kept

invested in bond and mortgage and have drawn interest, for which she has accounted.